**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| **ROBERT E. SNOWDEN, JR.,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CAUSE NO.  1:05-cv-1279-WTL-LJM |
| | ) |
| **JO ANNE B. BARNHART,** | ) |
| **Commissioner of Social Security,** | ) |
| | ) |
| Defendant. | ) |

## J U D G M E N T

The court, having this day made its Entry, **IT IS THEREFORE ADJUDGED** that the decision of the Commissioner is **AFFIRMED.**

SO ORDERED:   09/08/2006

*William T. Lawrence*

Hon. William T. Lawrence, Magistrate Judge
United States District Court
Southern District of Indiana


Copies to:

Charles D. Hankey
charleshankey@hankeylawoffice.com

Thomas E. Kieper
United States Attorney's Office
tom.kieper@usdoj.gov